L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
JOLLEY URGA WOODBURY HOLTHUS & ROSE
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada 89145
Tel: (702) 699-7500
Fax: (702) 699-7555
lcr@juwlaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AMY L. GONZALEZ,

    Plaintiff,

vs.

HENDERSON CHEVROLET CO., a Nevada corporation

    Defendant.

Case No.: 2:18-cv-01390-JCM-GWF

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
**(First Request)**

Plaintiff Amy L. Gonzalez, through her attorneys, Jamie S. Cogburn, Esq., and Erik W. Fox, Esq., of the Cogburn Law Offices, and Defendant Henderson Chevrolet Co., through its attorney, L. Christopher Rose, Esq., of the law firm of Jolley Urga Woodbury Holthus & Rose, hereby stipulate as follows:

1. Defendant Henderson Chevrolet Co. was served with a Complaint in this matter on July 30, 2018 and Defendant's response is due on August 20, 2018; and

2. The parties believe that good cause exists and additional time is necessary and appropriate for Defendant to answer or otherwise respond to Plaintiff's Complaint.

/ / /

/ / /

1

668018

**THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES:**

That the time for Defendant to answer or otherwise respond to Plaintiff's Complaint be extended to September 19, 2018.

DATED this 17th day of August, 2018.                    DATED this 17th day of August, 2018.

/s/ L. Christopher Rose, Esq.                            /s/ Erik W. Fox, Esq.

L. Christopher Rose, Esq., #7500                         Jamie S. Cogburn, Esq., #8409
lcr@juwlaw.com                                            jsc@cogburnlaw.com
JOLLEY URGA WOODBURY                                      Erik W. Fox, Esq., #8804
HOLTHUS & ROSE                                            efox@cogburnlaw.com
330 S. Rampart Boulevard, Suite 380                      COGBURN LAW OFFICES
Las Vegas, Nevada 89145                                  2580 St. Rose Parkway, Suite 330
*Attorneys for Defendant*                                Henderson, Nevada 89074
                                                         *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  8/20/2018

668018