L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
JOLLEY URGA WOODBURY HOLTHUS & ROSE
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada 89145
Tel: (702) 699-7500
Fax: (702) 699-7555
lcr@juwlaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| AMY L. GONZALEZ, | ) |
| Plaintiff, | ) Case No.: 2:18-cv-01390-JCM-GWF |
| vs. | ) |
| HENDERSON CHEVROLET CO., a Nevada corporation | ) |
| Defendant. | ) |

**<u>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT</u>**
(Second Request)

Plaintiff Amy L. Gonzalez, through her attorneys, Jamie S. Cogburn, Esq., and Erik W. Fox, Esq., of the Cogburn Law Offices, and Defendant Henderson Chevrolet Co., through its attorney, L. Christopher Rose, Esq., of the law firm of Jolley Urga Woodbury Holthus & Rose, hereby stipulate as follows:

1. Defendant Henderson Chevrolet Co. was served with a Complaint in this matter on July 30, 2018 and Defendant's response was due on August 20, 2018;

2. The parties requested, and this Court granted, additional time for Defendant to answer or otherwise respond to Plaintiff's Complaint, making the response due by September 19, 2018 (ECF #6).

1

3. Since the last extension, the parties have negotiated and have reached an agreement to resolve this matter, in principle. The parties are in the process of finalizing settlement documents. Thus, the parties stipulate to another extension of time for Defendant's response to the Complaint with the expectation that this matter may be resolved and dismissed without the need for a response.

**THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES:**

That the time for Defendant to answer or otherwise respond to Plaintiff's Complaint be extended 28 days to October 17, 2018.

| | |
|---|---|
| DATED this 18th day of September, 2018. | DATED this 18th day of September, 2018. |
| */s/ L. Christopher Rose, Esq.* | */s/ Erik W. Fox, Esq.* |
| L. Christopher Rose, Esq., #7500<br>lcr@juwlaw.com<br>JOLLEY URGA WOODBURY<br>HOLTHUS & ROSE<br>330 S. Rampart Boulevard, Suite 380<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant* | Jamie S. Cogburn, Esq., #8409<br>jsc@cogburnlaw.com<br>Erik W. Fox, Esq., #8804<br>efox@cogburnlaw.com<br>COGBURN LAW OFFICES<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __9/19/2018__

672502